# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 71 MM 2020 |
| | : |
| Respondent | : |
| | : |
| v. | : |
| | : |
| FIKRI APTILIASIMOV, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Request for Appointment of Counsel" are DENIED.